# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DION MARIO NEAL**                                                         **PETITIONER**

**v.**                                                **CAUSE NO. 1:25cv23-LG-ASH**

**BURL CAIN, Commissioner**                               **RESPONDENT**

## FINAL JUDGMENT

For the reasons set forth in the Order Adopting Report and Recommendation and Granting Defendant's Motion to Dismiss, which is entered herewith, the Court enters this Final Judgment in accordance Rule 58 of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [1, 5] Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE** as untimely, and all non-habeas claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 16th day of January, 2026.

                                                       *s/ Louis Guirola, Jr.*
                                                       LOUIS GUIROLA, JR.
                                                       UNITED STATES DISTRICT JUDGE